JAMES SULLIVAN, Respondent, *v.* ELIZABETH J. GRAHAM, Appellant.

*Sullivan* v. *Graham*, 159 App. Div. 925, affirmed.
(Argued October 21, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate. Division of the Supreme Court in the second judicial department, entered December 10, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the sale and exchange of real property or to recover money paid thereon with interest and damages.

*Herbert C. Mason* for appellant.

*Frederick S. Rauber* and *Edwin S. Lewis* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, COLLIN, HOGAN, SEABURY and POUND, JJ.; WILLARD BARTLETT, Ch. J., votes for modification by striking from the judgment the provision for a lien. Concur: CARDOZO, J.